# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO: AU:25-CR-00476(1)-ADA |
| § | |
| (1) ILDAIR SAMIR SUAREZ-GARCIA § | |

### ORDER

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 27, 2025, wherein the defendant (1) ILDAIR SAMIR SUAREZ-GARCIA waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) ILDAIR SAMIR SUAREZ-GARCIA to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) ILDAIR SAMIR SUAREZ-GARCIA's plea of guilty to Count One (1) is accepted.

    Signed this 3rd day of December, 2025.

                                                  ALAN D ALBRIGHT
                                                  UNITED STATES DISTRICT JUDGE